IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02614-PAB-KLM

PAUL CUIN, Personal representative, on behalf of the estate of Tiffany Marie O'Shell, Deceased,
JACQUELINE CUIN, Personal representative, on behalf of the estate of Alyssa A. O'Shell, Deceased,

    Plaintiffs,

v.

PRUDENTIAL LIFE INSURANCE COMPANY, a/k/a PRUDENTIAL INSURANCE COMPANY OF AMERICA,
OFFICE OF SERVICEMEMBERS' GROUP LIFE INSURANCE, and
CHARLOTTE O'SHELL

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Motion to Vacate Scheduling/ Planning Conference** [Docket No. 30; Filed February 23, 2009] (the "Motion").

    Plaintiffs state that the above-captioned case has settled. Accordingly, IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Conference currently set for February 25, 2009 is **VACATED**.

    IT IS FURTHER **ORDERED** that the parties shall file a Stipulation of Dismissal on or before **March 13, 2009**.

    Dated: February 24, 2009