IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-02614-PAB-KLM

PAUL CUIN,
Personal Representative, on behalf of the estate of Tiffany Marie O'Shell, Deceased,
JACQUELINE CUIN,
Personal Representative, on behalf of the estate of Alyssa A. O'Shell, Deceased,

    Plaintiffs,

v.

PRUDENTIAL LIFE INSURANCE COMPANY,
a/k/a PRUDENTIAL INSURANCE COMPANY OF AMERICA;
OFFICE OF SERVICEMEMBERS' GROUP LIFE INSURANCE; and
CHARLOTTE O'SHELL,

    Defendants.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

THIS MATTER comes before the Court upon the Stipulation and Joint Motion to Dismiss Action with Prejudice [Docket No. 34]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the motion to dismiss [Docket No. 34 ] is granted. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs. It is further

**ORDERED** that all pending motions are denied as moot.

DATED May 8, 2009.

                          BY THE COURT:

                          s/Philip A. Brimmer
                          PHILIP A. BRIMMER
                          United States District Judge